

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Adversary No.: 24–04000

IN THE MATTER OF:
   Clemmer's Construction, LLC
      Debtor(s)

Case No.: 23–40136
Chapter: 11

Rickey C. Jones Jr. et al.
    Plaintiff(s)

vs.

Clemmer's Construction, LLC et al.
    Defendant(s)

# ORDER CLOSING ADVERSARY PROCEEDING

IT APPEARING from the record that Bankruptcy Case Number 23–40136 has been dismissed and that all related matters should therefore be closed;

**NOW, THEREFORE** this adversary proceeding is hereby closed without prejudice to its being reopened and further proceedings being taken for cause shown.

Dated: August 12, 2024                      BY THE COURT

                                                       J. Craig Whitley
                                                       United States Bankruptcy Judge

Electronically filed and signed (8/12/24)