

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Adversary No.: 24–04000

---

IN THE MATTER OF:
    Clemmer's Construction, LLC                      Case No.: 23–40136
            Debtor(s)                                          Chapter: 11

---

Rickey C. Jones Jr. et al.
    Plaintiff(s)

vs.

Clemmer's Construction, LLC et al.
    Defendant(s)

---

# NOTICE OF INTENT TO DISMISS

**TAKE NOTICE** that the Court has reviewed the record in the above–referenced adversary proceeding and the Court intends to DISMISS said proceeding for failure to prosecute as follows:

    Default Judgment has not been Obtained.

Any party objecting to the proposed dismissal shall file their written objection(s), stating with particularity the reason(s) therein, and obtain an appropriate Order from the Court within 30 days of the date of this notice. If an objecting party does not obtain an Order from the Court which continues this proceeding, an order DISMISSING this proceeding will be presented to the Bankruptcy Judge immediately following the expiration of the period for objections.


Dated: January 13, 2026                                                                     Christine F. Winchester
                                                                                                       Clerk of Court


Electronically filed and signed (1/13/26)